IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LENNIL L. JOHNSON, JR.,** Inmate #N58064, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL NO. 05-664-DRH ) |
| **T.J. COLLINS, DR. C. AMPADU,** and **JENNIFER LITTLE,** | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

      This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. The Court found that Plaintiff has had three or more prior prisoner actions dismissed on the grounds of frivolity, maliciousness, or failure to state a claim upon which relief may be granted, and he is not under imminent danger of serious physical injury. Plaintiff was directed to pay the $250 filing fee for this action within 15 days and was warned that failure to comply would result in dismissal of this action. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). Because no payment has been received within the allotted time, the Court has rendered the following decision:

      **IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to comply with an order of this Court. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

August 15, 2006                  By:     /s/    David   RHerndon
*Date*                                                   *District Judge*